IN THE UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>PHILLIP CHRISTOPHER CRUZ<br>        Defendant. | Criminal Case No.: 04-00051-001<br><br>**SPECIAL REPORT** |

**Re: Request for Early Termination from Probation**

Phillip Christopher Cruz was sentenced on June 14, 2005, in the District Court of Guam to a three-year term of probation for the offense of False Statements, in violation of 18 U.S.C. §1001. In addition to the standard and mandatory conditions of probation, Mr. Cruz was ordered to participate in a drug treatment and testing program; refrain from the use of alcohol; perform 150 hours of community service; and pay a special assessment fee of $100. Mr. Cruz's term of probation is scheduled to expire on June 13, 2008.

Mr. Cruz satisfied drug treatment and testing requirements on July 11, 2005, and has consistently tested negative for drugs and alcohol on random tests conducted during his term of probation. He completed the 150 hour community service order on November 9, 2005, and paid his special assessment fee on June 14, 2005. Mr. Cruz has maintained employment throughout his term of probation, and has submitted all monthly supervision reports as required. He has shown stable community reintegration in that he is gainfully employed, lives in a stable residence, has had no recent record of arrests or convictions, and no recent evidence of alcohol or drug abuse. In addition, there are no identifiable risks to the safety of any individual or to the public. Mr. Cruz has consistently been in full compliance with all of the conditions of his probation.

Mr. Cruz has requested that he be considered for early termination. On December 14, 2006, he will have completed half of his three year term of probation ordered by the Court. District U.S. Attorney Karon V. Johnson has no objections to the request.

SPECIAL REPORT
Request for Early Termination from Probation
Re: CRUZ, Phillip Christopher
USDC Cr. Cs. No.: 04-00051-001
December 19, 2006
Page - 2 -

In light of the above information, this Officer respectfully requests early termination by the court, pursuant to Title 18 U.S.C. §3564(c), as such action is warranted by Mr. Cruz's full compliance with his conditions of probation, and is in the interest of justice.

RESPECTFULLY submitted this 19th day of December 2006.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon V. Johnson, AUSA
Howard Trapp, Defense Counsel
File