PROB 35 (Rev. 5/01)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

District of Guam

FILED
DISTRICT COURT OF GUAM
DEC 22 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

PHILLIP CHRISTOPHER CRUZ

Criminal Case 04-00051-001

On **June 14, 2005** the above named was placed on probation for a period of three years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon V. Johnson, AUSA
    Howard Trapp, Defense Counsel
    File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this 22nd day of December 2006.

_____
FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
United States District Judge

ORIGINAL